**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1851 PSG (VBKx) | Date | April 20, 2009 |
|---|---|---|---|
| Title | DC Comics v. Jese Trading, Co. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Denying Plaintiffs' Motion for Preliminary Injunction**

    Pending before the Court is Plaintiffs' Motion for Preliminary Injunction.  The Court deems this matter appropriate for resolution without oral argument.  L.R. 7-15.

    The Court has reviewed the record and DENIES Plaintiffs' Motion for the same reasons it denied their Ex Parte Application for Temporary Restraining Order.

    **IT IS SO ORDERED.**