UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL
**CASE SEALED**

| | | | |
|---|---|---|---|
| Case No.: | CV 09-1851-PSG (VBKx) | Date: | April 20, 2009 |
| Title: | DC COMICS, ET AL. -VS- JESE TRADING, INC., ET AL. | | |

Present: The Honorable:   Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings (In Chambers):   **HEARING ON WHY A PRELIMINARY INJUNCTION SHOULD BE ISSUE IN THIS CASE**

Counsel are advised that the above-referenced matter set for hearing on **April 20, 2009** is taken **Under Submission** and off calendar. Accordingly, no appearance by counsel is necessary. The Court will issue a ruling.

```
                                                                ----  :  ----
                                                        Initials of Preparer     wkh
```