1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs DC Comics,
   Sanrio, Inc. and Disney Enterprises, Inc.
7

8  Dennis W. Chang (SBN 135613)
   *dennis@changlaw.com*
9  Law Offices of Dennis W. Chang
   1055 West 7th Street, Suite 2800
10 Los Angeles, California 90017
   Telephone: (213) 533-1122
11 Facsimile: (213) 533-1125

12 Attorney for Defendants Jese Trading,
   Inc., Maxima Trading Co., Maxima
13 Trading Investment Corp., Maxima 20
   and Se Woong Moon
14

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

15             UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17 DC Comics, Sanrio, Inc. and Disney      )  [Filing Under Seal]
   Enterprises, Inc.,                      )  Case No. CV09-1851 PSG (VBKx)
18                                          )
                  Plaintiffs,              )  [PROPOSED] ORDER RE
19                                          )  PRELIMINARY INJUNCTION
        v.                                 )
20                                          )
   Jese Trading, Inc., Maxima Trading Co., )
21 Maxima Trading Investment Corp.,        )
   Maxima 20, Se Woong Moon, and Does     )
22 1-10, inclusive,                        )
                                            )
23                Defendants.              )
   ─────────────────────────────────────  )

24

25         This Court, having considered the Joint Stipulation re Preliminary Injunction

26 filed by Plaintiffs DC Comics, Sanrio, Inc. and Disney Enterprises, Inc. (collectively

27 "Plaintiffs"), on the one hand, and Defendants Jese Trading, Inc., Maxima Trading

28

Co., Maxima Trading Investment Corp., Maxima 20 and Se Woong Moon (collectively "Defendants"), on the other hand, and finding good cause therefore,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     Defendants and their agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined from directly or indirectly infringing Plaintiffs' Copyrights (representative lists of copyright registrations for DC Comics' Copyrighted Designs, Sanrio's Copyrighted Designs and Disney's Copyrighted Designs are attached hereto, respectively, as Exhibits A, B and C) and Plaintiffs' Trademarks (representative lists of trademark registrations for DC Comics' Trademarks, Sanrio's Trademarks and Disney's Trademarks are attached hereto, respectively as Exhibits D, E and F) (collectively "Plaintiffs' Properties") in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any Unauthorized Products, and specifically:

   a. Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

   b. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to Plaintiffs' Properties;

   c. Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, that the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected

with, are sponsored, approved or licensed by Plaintiffs, or are in some way affiliated with Plaintiffs;

d.  Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

e.  Destroying or otherwise disposing of:

   i.  Merchandise falsely bearing Plaintiffs' Properties;

   ii.  Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

   iii.  Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Plaintiffs' Properties;

   iv.  Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiffs' Properties; and

   v.  Any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products.

2.  Defendants further agree to preserve during the pendency of this action:

   a.  All Unauthorized Products bearing Plaintiffs' Properties, or likenesses thereof;

DC Comics, et al. v. Jese Trading, et al.: [Proposed] Order re        - 3 -
Prelim. Inj.

b. Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

c. Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

d. Any molds, screens, patterns, plates, or negatives, used for making or manufacturing the Unauthorized Products or unauthorized items which bear Plaintiffs' Properties or which bear a substantial similarity to any of Plaintiffs' Properties; and

e. Customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records and catalogs, reasonably believed to reflect or reveal the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products.

3.      This Preliminary Injunction is issued without the posting by Plaintiffs of any bond.

4.      This Order shall be deemed to have been served upon Defendants at the time of the signing thereof by the Court.

/ / /

/ / /

/ / /

DC Comics, et al. v. Jese Trading, et al.: [Proposed] Order re          - 4 -
Prelim. Inj.

5.      The hearing on the Order to Show Cause is vacated.

6.      The Sealing Order entered by the Court may be lifted.

IT IS SO ORDERED:

Dated: 6/22/09

_____
Hon. Philip S. Gutierrez
Judge, United States District Court,
Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
      J. Andrew Coombs
      Nicole L. Drey
Attorneys for Plaintiffs DC Comics,
Sanrio, Inc. and Disney Enterprises,
Inc.

Law Offices of Dennis W. Chang

By: _____
      Dennis W. Chang
Attorney for Defendants Jese Trading,
Inc., Maxima Trading Co., Maxima
Trading Investment Corp., Maxima 20
and Se Woong Moon

**Exhibit A**
**DC Comics' Copyrighted Designs**

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide<br>Batman<br>Robin<br>Superman<br>Wonderwoman<br>Supergirl<br>Justice League | Style Guide |
| RE-627-502 | Superman | Prints and pictorial illustrations |
| TX 5-581-762 | Superman | Monthly Publication |
| TX 3-221-758 | Superman | Style Guide |
| RE-33-050 | Superman; comic strip | Periodicals |
| RE-143-861 | Superman wrist watches; | Prints and pictorial illustrations |
| RE-185-226 | Superman--America's greatest adventure character | Books |
| PA-370-286 | Superman 50th anniversary | motion pictures, filmstrips, commercials, newscasts |
| PAu-64-012 | Superman/Wonder Woman | performing arts, music, lyrics, plays, choreography |
| PAu-1-186-806 | Superman 5 | performing arts, music, lyrics, plays, choreography |
| VA-1-258-002 | Superman 2004 | calendar |
| RE-628-242 | Batman No. 170, Mar. 1965 | Periodicals |
| TX 5-593-461 | Batman | Monthly Publication |
| RE-628-244 | Detective Comics No. 337, Mar. 1965 | Periodicals |
| TX-3-402-770 | DC Comics presents Batman 3 D | visual arts |
| TX-4-183-766 | Batman: the terror of two-face | nondramatic literary works, computer programs |
| TX-5-871-232 | The DC Comics guide to writing comics | nondramatic literary works, computer |

## Exhibit A
## DC Comics' Copyrighted Designs

|  |  | programs |
|---|---|---|
| TXu-532-372 | DC Comics style guide. | visual arts |
| VA-776-450 | DC Comics Super Heros | visual arts |
| VA-777-441 | DC Comics Super Heroes Paint 'n' Marker book | visual arts |
| VA-777-593 | DC Comics Super Heroes: a giant coloring book. | visual arts |
| VA-795-718 | DC Comics super heroes sticker fun. | visual arts |
| VA-838-902 | DC Comics Super Heroes. | visual arts |
| VA-854-405 | DC Comics Super Heroes, gallery of heroes | visual arts |
| TX-4-429-927 | Batman & Captain America | nondramatic literary works, computer programs |
| TX-5-060-774 | Batman & Demon | nondramatic literary works, computer programs |
| VA-368-276 | Special Labor Day weekend ads for Batman | visual arts |
| VA-839-545 | Batman & Mr. Freeze: SubZero-chill out | visual arts |
| PAu-1-826-015 | Batman vs. the Riddler | Script & synopsis. |
| PAu-1-831-772 | Batman 3 | Screenplay |
| PAu-1-845-059 | Batman & Robin | performing arts, music, lyrics, plays, choreography |
| PAu-1-865-982 | Batman 3: the final battle | Screenplay |
| TX-5-626-631 | Batman year two: fear the reaper | nondramatic literary works, computer programs |
| TXu-989-553 | Batman and Robin: case of the untouchable. | Screenplay. |
| TXu-838-199 | Knight Force Batman | Style Guide |

**Exhibit B**
**DC Comics' Trademark Registrations**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Bat Man | 382,770 (Serial Number 71430950) | November 12, 1940 |
| Batman | 804709 (Serial Number 72218464) | March 1, 1966 |
| Batman | 839561 (Serial Number 72256580) | November 28, 1967 |
| Batman | 1221720 (Serial Number 73363779) | December 28, 1982 |
| Batman | 1,587,507 | March 20, 1990 |
| Batman & Robin | 2,171,937 | July 7, 1998 |
| Batman & Robin | 2404483 (Serial Number 75301608) | November 14, 2000 |
| Batman Beyond | 2491335 (Serial Number 75786273) | September 18, 2001 |
| Batman Beyond | 2,762,067 | September 9, 2003 |
| Catwoman | 1565883 (Serial Number 73776479) | November 14, 1989 |
| Catwoman | 3,181,586 | December 5, 2006 |
| Daily Planet | 3,018,523 | November 22, 2005 |
| Jimmy Olsen | 1190637 (Serial Number 73190491) | February 23, 1982 |
| Justice League | 1503856 (Serial Number 73684246) | September 13, 1988 |
| Justice League | 2,992,012 | September 20, 2005 |
| Justice League of America | 1190681 (Serial Number 73294239) | February 23, 1982 |
| Krypto | 1168306 (Serial Number 73213453) | September 8, 1981 |

**Exhibit B**
**DC Comics' Trademark Registrations**

| | | |
|---|---|---|
| Lex Luthor | 1634007 (Serial Number 73813018) | February 5, 1991 |
| Lois Lane | 1184702 (Serial Number 73190489) | January 5, 1982 |
| Perry White | 1184703 (Serial Number 73190490) | January 5, 1982 |
| Robin | 1930901 (Serial Number 74521173) | October 31, 1995 |
| S | 1173150 (Serial Number 73173809) | October 13, 1981 |
| S | 1178048 (Serial Number 73231822) | November 17, 1981 |
| S | 1182041 (Serial Number 73231823) | December 15, 1981 |
| S | 1,197,814 | June 15, 1982 |
| S | 1,200,233 | July 6, 1982 |
| S | 1,200,394 | July 6, 1982 |
| S | 2,226,415 | February 23, 1999 |
| S | 1200387 (Serial Number 73231895) | July 6, 1982 |
| S Superman | 391,821 (Serial Number 71444138) | November 25, 1941 |
| Smallville | 2809352 (Serial Number 78107418) | January 27, 2004 |
| Smallville | 2,882,881 | September 7, 2004 |
| Super Friends | 1180088 (Serial Number 73198417) | December 1, 1981 |

**Exhibit B**
**DC Comics' Trademark Registrations**

| | | |
|---|---|---|
| Super Friends | 2,861,443 | July 6, 2004 |
| Superboy | 394923 (Serial Number 71448096) | May 5, 1942 |
| Super Girl | 414623 (Serial Number 71476278) | June 19, 1945 |
| Superman | 371,803 (Serial Number 71410024) | October 10, 1939 |
| Superman | 1,175,907 | November 3, 1981 |
| Superman | 1,180,068 (Serial Number 73231845) | December 1, 1981 |
| Superman | 1,185,526 | January 12, 1982 |
| Superman | 1200394 (Serial Number 73231898) | July 6, 1982 |
| Superman | 1209668 (Serial Number 73231897) | September 21, 1982 |
| Superman | 1221718 (Serial Number 73363768) | December 28, 1982 |
| Superman | 2226026 (Serial Number 75432535) | February 23, 1999 |
| Superman Superhombre | 411871 (Serial Number 71473637) | February 6, 1945 |
| Superwoman | 394922 (Serial Number 71448076) | May 5, 1942 |
| The Bat Man | 378,913 (Serial Number 71425642) | June 25, 1940 |
| The Riddler | 2,432,437 | March 6, 2001 |
| Wonder Woman | 820334 (Serial Number 72237867) | December 13, 1966 |
| Wonder Woman | 1221717 (Serial Number 73363767) | December 28, 1982 |
| The Dark Knight | Serial Number 77329797 | N/A |

**Exhibit B**
**DC Comics' Trademark Registrations**

**Exhibit C**
**Sanrio Copyrighted Designs**

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 1 296 115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811 440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498 617 | Chococat | Art original |
| VA 130 420 | Hello Kitty | Graphic Artwork |
| VA 636 579 | KeroKeroKeroppi | Sticker Book |
| VA 246 421 | Little Twin Stars | Stickers |
| VA 840 495 | Monkichi | Graphic Artwork |
| VA 130 419 | My Melody | Graphic Artwork |
| VA 130 421 | Patty & Jimmy | Graphic Artwork |
| VA 636 582 | Pekkle | Graphic Artwork |
| VA 840 496 | Picke Bicke | Graphic Artwork |
| VA 636 580 | Pochacco | Sticker Book |
| VA 148 625 | Tuxedo Sam | Stickers |
| VA 840 494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |

**Exhibit D**
**Sanrio Trademarks**

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,709 | n/a |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,710 | n/a |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,708 | n/a |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,703 | n/a |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,702 | n/a |
| KeroKeroKeroppi | Standard Character Mark | Serial Number 76,601,700 | n/a |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |

**Exhibit D**
**Sanrio Trademarks**

| | | | |
|---|---|---|---|
| Little Twin Stars | Typed Drawing | 1,192,946 | 6/18/85 |
| Little Twin Stars | Standard Character Mark | 3,245,999 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | Serial Number 77,154,633 | n/a |
| Monkichi | Standard Character Mark | Serial Number 77,154,635 | n/a |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,327,584 | 3/14/00 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |
| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |
| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, | 2,721,679 | 6/3/03 |

**Exhibit D**
**Sanrio Trademarks**

| | and/or Numbers | | |
|---|---|---|---|
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |
| Tuxedo Sam | Design Plus Words, Letters, and/or Numbers | Serial Number 76,613,575 | n/a |
| Tuxedo Sam | Design Plus Words, Letters, and/or Numbers | Serial Number 76,613,572 | n/a |

**Exhibit E**
**Disney's Copyrighted Designs**

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |

**Exhibit E**
**Disney's Copyrighted Designs**

| | | |
|---|---|---|
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |

## Exhibit E
## Disney's Copyrighted Designs

| | | |
|---|---|---|
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |

**Exhibit E**
**Disney's Copyrighted Designs**

| | | |
|---|---|---|
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |

**Exhibit E**
**Disney's Copyrighted Designs**

| | | |
|---|---|---|
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |

## Exhibit E
## Disney's Copyrighted Designs

| | | |
|---|---|---|
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - | Model Sheet |

**Exhibit E**
**Disney's Copyrighted Designs**

|  | Clopin |  |
|---|---|---|
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |

## Exhibit E
## Disney's Copyrighted Designs

| | | |
|---|---|---|
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |

**Exhibit F**
**Disney Trademarks**

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 78,976,959 | n/a |
| Mickey Mouse | Standard Character Mark | Serial Number 77,130,011 | n/a |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/05 |
| Mickey Mouse | Typed Drawing | 315,056 | 7/17/34 |
| Mickey Mouse | Standard Character Mark | 77,130,201 | n/a |
| Mickey Mouse | Typed Drawing | 1,115,389 | 4/28/81 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/81 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Mickey Mouse Head Device | Design Only | 2,781,693 (Serial Number 78637100) | 11/11/03 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/06 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Minnie Mouse | Standard Character Mark | Serial Number 77130173 | n/a |
| Minnie Mouse | Standard Character Mark | Serial Number 77099715 | n/a |
| Minnie Mouse | Typed Drawing | Serial Number 78159805 | n/a |
| Pluto | Typed Drawing | 1,152,383 | 4/28/81 |
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/81 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/81 |
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |

**Exhibit F**
**Disney Trademarks**

| | | | |
|---|---|---|---|
| Donald Duck | Typed Drawing | 3,120,077 | 9/26/06 |
| Daisy Duck | Design Only | 2,704,890 | 4/8/03 |
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Disney | Typed Drawing | 1,838,246 (Serial Number 78163606) | 5/31/94 |
| Disney Princess | Standard Character Mark | 1,037,788 (Serial Number 78743842) | 4/13/76 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Walt Disney Signature | Standard Character Mark | 1,162,727 (Serial Number 78864123) | 7/28/81 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/05 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Pooh | Typed Drawing | 2,623,099 (Serial Number 78159758) | 9/24/02 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Eeyore | Design Only | Serial Number 76587948 | n/a |
| Eeyore | Typed Drawing | Serial Number 78159727 | n/a |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/06 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/04 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/04 |
| Sleeping Beauty | Standard Character Mark | Serial Number 77,173,609 | n/a |
| Peter Pan | Standard Character Mark | Serial Number 78911868 | n/a |
| Walt Disney's Peter Pan | Design Plus Words, Letters, | 2895967 | 10/19/04 |

**Exhibit F**
**Disney Trademarks**

| | and/or Numbers | | |
|---|---|---|---|
| Tinker Bell | Standard Character Mark | Serial Number 78911784 | n/a |
| Tinker Bell | Standard Character Mark | Serial Number 78911879 | n/a |
| Tinker Bell | Design Only | Serial Number 78956939 | n/a |
| Tink | Typed Drawing | Serial Number 76099680 | n/a |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/08 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/08 |
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/08 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/08 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 3/29/01 |
| Pinocchio | Design Plus Words, Letters, and/or Numbers | 2,920,964 | 1/25/05 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3358115 | 12/18/07 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3178664 | 11/28/06 |
| Lightning McQueen | Standard Character Mark | 3370157 | 1/15/08 |
| Mater | Standard Character Mark | 3406600 | 4/1/08 |
| Rust-Eze | Standard Character Mark | 3294617 | 9/18/07 |
| Doc Hudson | Standard Character Mark | 3321900 | 10/23/07 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/01 |
| Ariel | Standard Character Mark | Serial Number 77,130,150 | n/a |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/05 |
| Princess Jasmine | Standard Character Mark | Serial Number 77,098,469 | n/a |

**Exhibit F**
**Disney Trademarks**

| High School Musical | Standard Character Mark | 3,506,572 | 9/23/08 |
|---|---|---|---|
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/08 |
| High School Musical | Standard Character Mark | 3,420,394 | 10/24/06 |

<u>PROOF OF SERVICE</u>

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On June 18, 2009, I served on the interested parties in this action with the:
- JOINT STIPULATION RE PRELIMINARY INJUNCTION
- [PROPOSED] ORDER RE PRELIMINARY INJUNCTION
- DECLARATION OF NICOLE L. DREY IN RESPONSE TO ORDER TO SHOW CAUSE

for the following civil action:

<u>DC Comics, et al. v. Jese Trading, Inc., et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Dennis W. Chang
Law Offices of Dennis W. Chang
1055 West 7th Street, Suite 2800
Los Angeles, CA 90017

Place of Mailing: Glendale, California
Executed on June 18, 2009, at Glendale, California

Katrina Bartolome